BEATRICE B. HAHN, Appellant, v. J. FREDERIC HAHN, Respondent.— Order

affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.